# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                              CASE NO. 6:19-cr-10147-JWB

**ANDREW J. PLEVIAK,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**FALSE IMPERSONATION OF A FEDERAL OFFICER OR EMPLOYEE**
**Title 18, U.S.C. Section 912**

On or about September 3, 2019, in the District of Kansas, the defendant,

**ANDREW J. PLEVIAK,**

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is, the defendant falsely claimed he was an officer with the Department of Homeland Security, U. S. Immigration and Customs Enforcement, Enforcement and Removal Operations, and in such assumed and pretended character, with

the intent to defraud, did act as such, in that he falsely stated to a Kingman County, Kansas Sheriff's Deputy, that he was an officer with the Department of Homeland Security, U. S. Immigration and Customs Enforcement, Enforcement and Removal Operations, presented a signed memorandum from the U.S. Immigration and Customs Enforcement, and requested the release of a person in the custody of the Kingman County Sheriff's Office.

In violation of Title 18, United States Code § 912.

A TRUE BILL.

October 9, 2019　　　　　　　　　　　　　　s/Foreperson
DATE　　　　　　　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY

s/Stephen R. McAllister
STEPHEN R. McALLISTER,
Ks. S. Ct. No. 15845
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Stephen.mcallister@usdoj.gov

**It is requested that the trial be held in Wichita, KS**